UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

TY A. GIURINTANO

VERSUS

MICHAEL MCGEE

CIVIL ACTION

23-774-SDD-RLB

## RULING

The Court has carefully considered the *Motion*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Richard L. Bourgeois, Jr. dated December 12, 2023, to which no objection has been filed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, Plaintiff's *Motion to Remand*[3] is **GRANTED** and this matter is **REMANDED** to the 21st Judicial District Court, Parish of Livingston, Louisiana, with parties ordered to bear their own costs with respect to this removal.

Signed in Baton Rouge, Louisiana, on this 16 day of January, 2024.

*Shelly Dick*
CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 9.
[2] Rec. Doc. 12.
[3] Rec. Doc. 9.